

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfred Reid Drew,                              * From the 29th District Court
                                                 of Palo Pinto County
                                                 Trial Court No. 16039.

Vs. No. 11-17-00336-CR                         * August 30, 2018

The State of Texas,                            * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Willson, J.,
                                                 Bailey, J., and Wright, S.C.J., sitting
                                                 by assignment)
                                                 (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed.  Therefore, in accordance with this court's opinion, the appeal is dismissed.